LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Justin Wayne Heath (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Tennessee

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Tennessee

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

   <u>U.S. District Court – Middle District of Tennessee, Nashville Division</u>

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C.R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____
   - ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☒ G2® Vena Cava Filter
    - ☐ G2® Express (G2® X) Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter
    - ☐ Denali® Vena Cava Filter
    - ☐ Other: _____

11. Date of implantation as to each product:

    <u>February 27, 2008</u>

12. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I: Strict Products Liability – Manufacturing Defect

– 2 –

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☐ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☒ Count XIII: Fraudulent Concealment

☐ Count XIV: Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

– 3 –

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 16th day of November 2017. |
| 2 | |
| 3 | **LAW OFFICES OF BEN C. MARTIN** |
| 4 | |
| 5 | By:   */s/ Ben C. Martin* |
| 6 | Ben C. Martin (TX I.D. No. 13052400) |
| 7 | bmartin@bencmartin.com |
| 8 | Thomas Wm. Arbon (TX I.D. No. 01284275) |
| 9 | tarbon@bencmartin.com |
| 10 | 3710 Rawlins Street, Suite 1230 |
| 11 | Dallas, TX  75219 |
| 12 | Telephone: 214.761.6614 |
| 13 | Facsimile: 214.744.7590 |
| 14 | |
| 15 | ***ATTORNEYS FOR PLAINTIFF*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                    */s/ Ben C. Martin*
                                                    Ben C. Martin