UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUSTIN WAYNE HEATH, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> vs. ) <br> ) <br> C.R. BARD, INCORPORATED, et al., ) <br> ) <br> *Defendants.* ) <br> ) | **Case No. 3:19-cv-00803** <br> **Hon. Aleta A. Trauger** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *without prejudice* against all Defendants, with each party to bear its own costs.

DATED this 18th day of February 2022.

*[Signatures appear on following page]*

1

/s/ Laura J. Baughman
Laura J. Baughman, Esq.
Texas Bar No. 00791846
Ben C. Martin, Esq.
Texas Bar No. 13052400
Jason W. Voelke, Esq.
Texas Bar No. 24120295
Martin Baughman, PLLC
3141 Hood Street, Suite 600
Dallas, Texas 75219
(214) 761-6614
Fax: (214) 744-7590
lbaughman@martinbaughman.com
bmartin@martinbaughman.com
jvoelke@martinbaughman.com
eservice@martinbaughman.com

Joey P. Leniski, Jr.
Tricia Herzfeld
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
joeyl@bsjfirm.com
triciah@bsjfirm.com

**Counsel for Plaintiff**

/s/ Joseph E. Fornadel, III
Joseph E. Fornadel, III
Dell P. Chappell
Eric A. Paine
James Rogers
Nelson Mullins Riley & Scarborough LLP
(Columbia, SC Office)
1320 Main Street, Suite 1700
Columbia, SC 29201
(803) 799-2000
joe.fornadel@nelsonmullins.com
dell.chappell@nelsonmullins.com
eric.paine@nelsonmullins.com
jim.rogers@nelsonmullins.com

Matthew E. Brown
Nelson Mullins Riley & Scarborough, LLP
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4619
matt.brown@nelsonmullins.com

Shane G. Ramsey
William W. Drinkwater
Nelson, Mullins, Riley & Scarborough, LLP
(Nashville Office)
One Nashville Place
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
(615) 664-5355
Fax: (615) 664-5399
shane.ramsey@nelsonmullins.com
woods.drinkwater@nelsonmullins.com

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2022, I electronically transmitted the foregoing *Joint Stipulation of Dismissal Without Prejudice* to the Clerk's Office using the CM/ECF System for filing and service of a Notice of Electronic Filing to the following:

Dell P. Chappell
Eric A. Paine
James Rogers
Joseph E. Fornadel, III
Nelson Mullins Riley & Scarborough LLP (Columbia, SC Office)
1320 Main Street, Suite 1700
Columbia, SC 29201
(803) 799-2000
dell.chappell@nelsonmullins.com
eric.paine@nelsonmullins.com
jim.rogers@nelsonmullins.com
joe.fornadel@nelsonmullins.com

Matthew E. Brown
Nelson Mullins Riley & Scarborough, LLP
One Financial Center, Suite 3500
Boston, MA 02111
(617) 217-4619
matt.brown@nelsonmullins.com

Shane G. Ramsey
William W. Drinkwater
Nelson, Mullins, Riley & Scarborough, LLP (Nashville Office)
One Nashville Place
150 Fourth Avenue, North, Suite 1100
Nashville, TN 37219
(615) 664-5355
Fax: (615) 664-5399
shane.ramsey@nelsonmullins.com
woods.drinkwater@nelsonmullins.com

*Attorneys for Defendants*

                                               */s/ Laura J. Baughman*
                                               Laura J. Baughman